IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:07-cr-00014-MP-AK

CHRISTOPHER B. MATSKO,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 161, Motion to Continue Sentencing, filed by Defendant Christopher Matsko. In the motion, Defendant states that he is currently cooperating with the Government pursuant to his plea agreement. In order to allow the Government to better evaluate his cooperation, Defendant requests that his sentencing hearing, currently set for October 31, 2007, be continued. The Government does not object to the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is hereby reset for Tuesday, January 15, 2008, at 4:00 p.m.

**DONE AND ORDERED** this  *26th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge