IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:07-cr-00014-MP-AK

CHRISTOPHER MATSKO,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 189, Motion to Continue Sentencing by Christopher Matsko. A teleconference was held on January 11, 2008, during which the government agreed to the continuance. As noted during the teleconference, the motion is granted and sentencing is hereby reset for Thursday, March 27, 2008, at 2:00 p.m.

    **DONE AND ORDERED** this *11th* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge