IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                      CASE NO. 1:07-cr-00014-MP-AK

CHRISTOPHER B. MATSKO,

     Defendant.

_____/

# O R D E R

     This matter is before the Court on Doc. 322, Seventh Motion to Continue Sentencing,

filed by Defendant.  Defendant's sentencing is currently scheduled for Tuesday, January 13,

2009.  Defendant requests a continuance of at least 30 days in order to allow the Government

more time to complete its evaluation of Defendant's cooperation with the Government.  The

Government is unopposed to the motion.  Upon consideration, it is hereby

     **ORDERED AND ADJUDGED:**

1.     Defendant's Seventh Motion to Continue Sentencing, Doc. 322, is GRANTED.

2.     The Clerk is directed to reset the sentencing of CHRISTOPHER B. MATSKO to Thursday, February 19, 2009 at 1:30 p.m.

     **DONE AND ORDERED** this   *12th* day of January, 2009


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge